_Tomas Colon Ruiz_

Debtor (s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Case No: 23-00695 Hag

Chapter 13

Monthly Financial Report for Business (D/B/A)

FOR THE PERIOD BEGINNING **March 1, 2023**    AND ENDING: **March 31, 2023**

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $ | $ |
| B. RECEIPTS: | $ 1,655.00 | $ |
| 1. Cash Sales | $ | $ |
| Less: Cash Refunds | $ | $ |
| Net Cash Sales | $ | $ |
| 2. Collection on post petition A/R | $ | $ |
| 3. Collection on pre petition A/R | $ | $ |
| 4. Other receipts | $ | $ |
| C. TOTAL RECEIPTS | $ 1,655.00 | $ |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $ 1,655.00 | $ |
| E. DISBURSEMENT | $ | $ |
| 1. Net Payroll | $ | $ |
| 2. Payroll Taxes Paid | $ | $ |
| 3. Sales and Use Taxes | $ | $ |
| 4. Other Taxes | $ | $ |
| 5. Rent  (ATM) | $ 400.00 | $ |
| 6. Other Leases (BANK ACCOUNT) | $ | $ |
| 7. Telephone | $ 50.00 | $ |
| 8. Utilities | $ | $ |
| 9. Travel and Transportation | $ | $ |
| 10. Vehicle Expenses | $ | $ |
| 11. Office Supplies | $ 160.00 | $ |
| 12. Advertising | $ | $ |
| 13. Insurance | $ | $ |
| 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| 15. Purchases of Inventory | $ | $ |
| 16. Manufacturing Supplies | $ | $ |
| 17. Repairs and Maintenance | $ 20.00 | $ |
| 18. Payment to Secured Creditors (Business loans) | $ | $ |
| 19. Other Operating Expenses (ATM FEES) | $ | $ |
| 20. Profesional Services | $ | $ |
| F. TOTAL CASH DISBURSEMENS | $ 630.00 | $ |
| G. ENDING CASH BALANCE | $ 1,025.00 | $ |
| H. ENDING CASH BALANCE (THIS PERIOD) | $ 1,025.00 | $ |

/s/ _Tomas Colon Ruiz_